LAW OFFICE OF
**PETER A. ROMERO**

Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

September 12, 2018

**VIA ECF**
Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:     Alvarez v. AJJ Portofino Inc., et al.
                17-CV-0896 (SJF)

Dear Judge Feuerstein:

      This firm represents Plaintiff Carlos Alvarez, opt-in Plaintiff Jose Lopez and opt-in Plaintiff Melkin Garcia ("Plaintiffs") in the above-referenced action. We respectfully submit this motion for approval of Fair Labor Standards Act ("FLSA") Settlement and Dismissal of Claims with Prejudice. Plaintiffs alleged in this action that Defendants violated the FLSA and New York Labor Law by failing to pay them overtime wages. The parties agreed to resolve their dispute through mediation with the assistance of neutral Michael Levy, Esq. We respectfully seek approval of the settlement of Plaintiff's FLSA claims pursuant to Cheeks v. Freeport Pancake House, Inc., No. 14-cv-299 (2d Cir. Aug. 7, 2015).

      The parties agreed to fully and finally resolve the claims by having Defendants pay Plaintiffs a total of $75,000, inclusive of attorneys' fees and costs. Plaintiffs believe the agreement is fair and reasonable under the circumstances. The parties have held very different views about the merits of Plaintiffs' claims. The parties' respective views differed as to the extent of overtime hours worked by Plaintiffs, the number of weeks, if any, that Plaintiffs worked more than 40 hours per week during their employment with Defendants, and whether Plaintiffs were properly compensated. Significantly, the Plaintiffs signed weekly pay receipts purportedly attesting to the number of hours they worked and amount of wages they received. While Plaintiffs dispute the accuracy of these records, a resolution of this dispute would require depositions and trial. Thus, resolving the action on behalf of the Plaintiffs at this early juncture provides certainty in that they will receive compensation for their alleged unpaid overtime wages.

      In light of the significant litigation risks outlined above, all parties believe that this settlement is fair. Although there is a possibility that Plaintiffs could recover higher damages if the case proceeded to trial, there is also the possibility that they could receive much lower damages, or nothing at all, and as such, the risks and uncertainties discussed above are substantial. Moreover, Plaintiffs will be able to recover settlement funds more expeditiously, and with more certainty than a trial judgment, since the parties would need to take depositions, brief numerous motions on the merits before trial could commence.

LAW OFFICE OF PETER A. ROMERO PLLC · LABOR AND EMPLOYMENT LITIGATION
825 Veterans Hwy, Hauppauge, New York 11788 · (631) 257-5588 · overtimelawny.com

Hon. Sandra J. Feuerstein
September 12, 2018
Page 2

      As set forth in the attached Settlement Agreement, the parties have agreed to settle this action and provide mutual general releases for a total settlement amount of $75,000 (the "Settlement Amount"). Pursuant to Plaintiff's retainer agreement, the attorney's fee represents one third (33.3%) of the total settlement amount and is reasonable. Plaintiffs' counsel researched and investigated the claims, conducted an in-depth and detailed inquiry regarding Plaintiffs' job duties, hours worked and compensation received, commenced this action, conducted discovery, briefed a motion for partial summary judgment as to liability, and negotiated the settlement. Due to the contingent nature of the case, Plaintiffs' counsel undertook these efforts with no ultimate guarantee of compensation. Plaintiffs' counsel was zealous in the pursuit of Plaintiffs' litigation objectives and secured a favorable result on their behalf. The settlement amount will be made available to Plaintiffs without the uncertainty and delay of trial.

      In short, the settlement is the result of substantial negotiations and compromise by all parties. The parties believe that the proposed settlement is completely fair, reasonable, and adequate to the Plaintiffs in light of the risks of litigation and should be approved.

      We appreciate Your Honor's attention to this matter.

Respectfully submitted,

**LAW OFFICE OF PETER A. ROMERO PLLC**

By: /s
_____
Peter A. Romero, Esq.
103 Cooper Street
Babylon, New York 11702
(631) 257-5588

cc: Raymond Nardo, Esq.